## Commonwealth *v.* Weingartner, Appellant.

Submitted November 14, 1966. *Albert R. Weingartner,* appellant, in propria persona; *Charles B. Watkins* and *Edwin J. Martin,* Assistant District Attorneys, and *Robert W. Duggan,* District Attorney, for Commonwealth, appellee.

Order affirmed.

## Commonwealth *v.* Weinrich, Appellant.

Submitted November 14, 1966. *John Weinrich,* appellant, in propria persona; *Henry S. Moore,* Assistant District Attorney, and *Edward M. Bell,* District Attorney, for Commonwealth, appellee.

Order affirmed.